IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD BURT,**
    Plaintiff,

v.                                                     Case No. 1:22cv75-MW/HTC

**W KENT FUCHS, et al.,**
    Defendants.
_____/

## JUDGMENT

Plaintiff's claims against Defendants are dismissed with prejudice.

                                                     JESSICA J. LYUBLANOVITS
                                                     CLERK OF COURT

<u>September 13, 2022</u>            <u>s/ KELLI MALU</u>
Date                                   Deputy Clerk: Kelli Malu