IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD BURT,**
    **Plaintiff,**

v.                                                    Case No. 1:22cv75-MW/HTC

**W. KENT FUCHS, et al.,**
    **Defendants.**

_____/

## JUDGMENT

Plaintiff's claims against Defendants are dismissed.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

<u>July 14, 2023</u>                                      <u>s/ KELLI MALU</u>
Date                                                   Deputy Clerk: Kelli Malu